255 So.2d 78

**STATE of Louisiana**

v.

**Dennis COMBS.**

No. 51616.

Nov. 23, 1971.

Jonathan C. Harris, Baton Rouge, for defendant-appellant.

Jack P. F. Gremillion, Atty. Gen., Harry H. Howard, Asst. Atty. Gen., Sargent Pitcher, Jr., Dist. Atty., Ralph L. Roy, Asst. Dist. Atty., for plaintiff-appellee.

PER CURIAM.

The defendant appeals from a conviction of armed robbery, for which he was sentenced to be confined in the Louisiana State Penitentiary for twenty (20) years. La.R.S. 14:64.

The defendant perfected no bills of exception. We are therefore limited on appeal to a review of the pleadings and proceedings for discoverable error. La.C.Cr. P. Art. 920; State v. Ash, 257 La. 337, 242 So.2d 535 (1971). We find none.

The conviction and sentence are affirmed.